LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00070 |
| Plaintiff, | **INDICTMENT** |
| vs. | **THEFT OF GOVERNMENT PROPERTY**<br>[18 U.S.C. § 641] (Counts I & II)<br>**RECEPTION OF STOLEN GOVERNMENT PROPERTY**<br>[18 U.S.C. § 641] (Count III)<br>**AGGRAVATED IDENTITY THEFT**<br>[18 U.S.C. §§ 1028A & 2] (Count IV) |
| YVONNE JOY SANTOS, | |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

Beginning on or about November 2006 and continuing up to on or about December 2006, in the District of Guam, the defendant, YVONNE JOY SANTOS, willfully and knowingly, did steal and purloin United States currency and property from the Navy Exchange, Guam, of the value of approximately $5,305.07, property of the United States, in violation of Title 18, United States Code, Section 641.

**COUNT II - THEFT OF GOVERNMENT PROPERTY**

Beginning on or about January 2007 and continuing up to on or about February 2007, in the District of Guam, the defendant, YVONNE JOY SANTOS, willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of approximately $4,340.20, property of the United States, in violation of Title 18, United States Code, Section 641.

## COUNT III - RECEPTION OF STOLEN GOVERNMENT PROPERTY

On or about January 2007, in the District of Guam, the defendant, YVONNE JOY SANTOS, willfully and knowingly, did receive, conceal and retain stolen property of the United States, that is, United States property from the Navy Exchange, Guam, of a value of in excess of $1000.00, with intent to convert said property to her own use, the defendant, YVONNE JOY SANTOS, then knowing said property to have been stolen, in violation of Title 18, United States Code, Section 641.

## COUNT IV - AGGRAVATED IDENTITY THEFT

Beginning on or about January 2007 and continuing up to on or about February 2007, in the District of Guam, the defendant, YVONNE JOY SANTOS, did knowingly use, without lawful authority, a means of identification of another person, to wit, Social Security numbers XXX-XX-3396 and XXX-XX-8897, during and in relation to a felony violation of 18 U.S.C. § 641, to wit, Theft of Government Property, in violation of Title 18, United States Code, Sections 1028A and 2.

DATED this 1 day of August 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

- 2 -

Case 1:07-cr-00070  Document 1  Filed 08/01/2007  Page 2 of 3

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**

City ____Hagåtña____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07 - 00070**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __x__ No

Defendant Name ____YVONNE JOY SANTOS____

Alias Name _____

Address _____

____Tamuning, Guam____

Birthdate __Xx/xx/1981__ SS# __xxx-xx-8873__ Sex __F__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson__

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**RECEIVED AUG -1 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __4__   ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1-2 |
| Set 2 | 18 USC 641 | Reception of Stolen Government Property | 3 |
| Set 3 | 18 USC 1382 | Entering Military, Naval Or Coast Guard Property | 4 |
| Set 4 | | | |

(May be continued on reverse)

Date: __7/24/07__   Signature of AUSA: _/s/ Ry M. And____