# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>YVONNE JOY SANTOS<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-07-00070 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Room<br><br>Date and Time<br>Friday August 10, 2007 at 2:00 p.m. |
|---|---|

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ **Violation Notice**

Charging you with a violation of _____ United States Code, Section(s) _____

**Brief description of offense:**

> Count I & II - THEFT OF GOVERNMENT PROPERTY, 18 U.S.C. § 641
> Count III - RECEPTION OF STOLEN GOVERNMENT PROPERTY, 18 U.S.C. §641
> Count IV - AGGRAVATED IDENTITY THEFT, 18 U.S.C. § 1028A & 2

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
**Clerk of Court**

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

August 1, 2007
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

|  | Date |
|---|---|
| Service was made by me | 8/3/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS, Hayats -G

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  8/3/07
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.