# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00070-001　　　　　　　　　　DATE: August 10, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:08:43 -2:23:24 |
| CSO: B. Benavente / P. Taijeron | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Yvonne Joy Santos | Attorney: Mark Smith - Not Present |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☐ Present ☐ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: T. Muna / G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**

- Court advised the defendant that the court appointed attorney called to represent her could not be present for the hearing.
- Court continued the proceedings to: <u>August 14, 2007 at 1:30 p.m.</u>
- Defendant was instructed to return back on said hearing date.

NOTES: