

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**YVONNE JOY SANTOS,**<br><br>　　　　Defendant. | CRIMINAL CASE NO. 07-00070-001<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **MARK S. SMITH** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to August 2, 2007.

Dated this 14th day of August, 2007.

　　　　　　　　　　　JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
　　　　　　　　　　　DISTRICT COURT OF GUAM