# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-07-00070-001                    DATE: September 19, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                    Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez       Electronically Recorded: 2:12:25 - 2:31:30
CSO: N. Edrosa

---

**APPEARANCES:**

Defendant: Yvonne Joy Santos                    Attorney: Mark S. Smith

   Present    Custody    Bond    P.R.          Present    Retained    FPD    CJA

U.S. Attorney: Ryan Anderson                    U.S. Agent:
U.S. Probation: Carleen Borja                   U.S. Marshal: G. Perez
Interpreter:                                    Language:

---

**PROCEEDINGS: Change of Plea**

- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty to Count I and II.
- Report and Recommendation executed by the Court.
- Sentencing set for: December 18, 2007 at 11:00 a.m.
- Draft Presentence Report due to the parties: 11/13/2007
- Response to Presentence Report: 12/04/2007
- Final Presentence Report due to the Court: 12/11/2007
- Defendant released as previously ordered by this Court.

NOTES: