# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 07-00070-001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING HEARING** |
| | ) | |
| YVONNE JOY SANTOS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for December 18, 2007. The probation officer requests that the Court continue sentencing to January 18, 2007. The continuance is necessary for the probation officer to research the defendant's financial status. Both parties have no objections to a continuation.

RESPECTFULLY submitted this ___21st___ day of November 2007.

                                                      ROSSANNA VILLAGOMEZ-AGUON
                                                    Acting Chief U.S. Probation Officer

By:  /s/ STEPHEN P. GUILLIOT
                                                    U.S. Probation Officer

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc:    Ryan Anderson, SAUSA
        Mark Smith, Defense Counsel