LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

**FILED**
DISTRICT COURT OF GUAM

DEC 18 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00070 |
| Plaintiff, | ) | |
| | ) | |
| | ) | **GOVERNMENT'S STATEMENT** |
| vs. | ) | **ADOPTING FINDINGS OF** |
| | ) | **PRESENTENCE REPORT** |
| | ) | |
| YVONNE JOY SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 17th day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

**ORIGINAL**