✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT **GUAM**

**UNITED STATES OF AMERICA**

V.

**YVONNE JOY SANTOS**

**NOTICE**

CASE NUMBER: **CR-07-00070**

TYPE OF CASE:

☐ CIVIL     X  CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 Hon. Frances M. Tydingco-Gatewood | February 27, 2008 at 9:30 A.M. | March 14, 2008 at 11:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 13, 2008                    Virginia T. Kilgore
DATE                                 /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Law Offices of Mark S. Smith
      U.S. Probation Office
      U.S. Marshals Service