# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-07-00070-001　　　　　　　　　　DATE: March 31, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 11:10:38 - 11:55:19
　　　　　　　　　　Virginia T. Kilgore

---

**APPEARANCES:**

Defendant: Yvonne Joy Santos　　　　　　Attorney: Mark Smith
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Ryan Anderson　　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Sentencing**

- Defendant sentenced to a probation term of <u>3 years.</u>
- Fine waived.
- Total restitution ordered in the amount of $10,596.07
- Special assessment fee of $200.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Count III and IV dismissed.

NOTES: