**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
*AMENDED MINUTES
SENTENCING**

CASE NO.: CR-07-00070-001　　　　　　　　　　DATE: March 31, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 11:10:38 - 11:55:19
　　　　　　　　　Virginia T. Kilgore

**APPEARANCES:**
Defendant: Yvonne Joy Santos　　　　　　Attorney: Mark Smith
☑Present ☐Custody ☐Bond ☐P.R.　　　☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Ryan Anderson　　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of <u>3 years.</u>
- Fine waived.
- Total restitution ordered in the amount of $10,695.25.
- Special assessment fee of $200.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Count III and IV dismissed.

NOTES:


* Amended to reflect correct amount of restitution ordered.